Lawrence A. CHRISTOPHER
Plaintiff—Appellant,

v.

Camillio GAIA; Richard Watson
Defendants—Appellees.

No. 02–3882.

United States Court of Appeals,
Sixth Circuit.

March 15, 2004.

Diane M. Gonda, Cleveland, OH, for
Plaintiff–Appellant.

Nick Tomino, Medina, OH, for Defendant–Appellee.

Before MERRITT and DAUGHTREY,
Circuit Judges, and HOOD, District
Judge.*

ORDER

This cause having come on to be heard
upon the record, the briefs and the oral
argument of the parties, and upon due
consideration thereof,

It is ORDERED that the judgment of
the district court be, and it hereby is,

---

* The Honorable Joseph M. Hood, U.S. District
Judge for the Eastern District of Kentucky,
sitting by designation.

affirmed upon the opinion of the district
court.